# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 19-0325 FMO (Ex) | Date | July 29, 2019 |
|---|---|---|---|
| Title | Song Yune v. Jabez Enterprise, Inc., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s): Attorney Present for Defendant(s):

None Present                       None Present

**Proceedings:** (In Chambers) Order to Show Cause

On May 16, 2019, defendants requested that the court stay this matter so that an early mediation could take place. (See Dkt. 20, Application for Stay[]). The court granted the request, ordering plaintiff to "obtain the consent of a Mediator listed on the Court's Mediation Panel," and instructing that mediation should be completed no later than July 15, 2019. (See Dkt. 21, Court's Order of May 17, 2019). As of the date of this order, it appears that plaintiff has failed to obtain the consent of a mediator, and that the parties have not completed mediation as instructed. (See Dkt. 22, Defendants' Status Report on Early Mediation at 2). Accordingly, IT IS ORDERED THAT on **Thursday, August 1, 2019, at 10:00 a.m. in courtroom 6D of the First Street Courthouse**, the parties shall appear to explain why this case should not be dismissed or sanctions imposed for failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962). A stipulation of dismissal and/or notice of settlement shall be deemed a satisfactory response to this order to show cause.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |